IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>COMCAST CORPORATION; COMCAST )<br>CABLE COMMUNICATIONS, LLC; )<br>and COMCAST OF PLANO, LP, )<br>)<br>*Defendants* ) | Case No. 2-06CV-506-TJW<br><br>**JURY TRIAL REQUESTED** |

## PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIMS

Plaintiff Rembrandt Technologies, LP ("Rembrandt") hereby responds to the Counterclaims of Defendants Comcast Corporation ("Comcast Corp."), Comcast Cable Communications, LLC ("Comcast Cable"), and Comcast of Plano, LP ("Comcast Plano") (collectively "Comcast") filed December 21, 2006. All allegations not expressly admitted are denied.

1. Admitted.

2. Admitted.

3. Rembrandt admits that this Court has jurisdiction over Comcast's Counterclaims. The remaining allegations of this paragraph do not require a response.

4. Admitted.

5. Admitted.

**FIRST COUNTERCLAIM FOR RELIEF**

6. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 5 above.

7. Rembrandt admits that an actual controversy exists between the parties regarding U.S. Patent No. 5,008,903.

8. Paragraphs 1-30 of Comcast's Answer do not require a response. Rembrandt denies all allegations contained in Comcast's Affirmative Defenses.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

**SECOND COUNTERCLAIM FOR RELIEF**

14. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 13 above.

15. Rembrandt admits that an actual controversy exists between the parties regarding U.S. Patent No. 5,710,761.

16. Paragraphs 1-30 of Comcast's Answer do not require a response. Rembrandt denies all allegations contained in Comcast's Affirmative Defenses.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

### THIRD COUNTERCLAIM FOR RELIEF

22. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 21 above.

23. Rembrandt admits that an actual controversy exists between the parties regarding U.S. Patent No. 5,778,234.

24. Paragraphs 1-30 of Comcast's Answer do not require a response. Rembrandt denies all allegations contained in Comcast's Affirmative Defenses.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

### FOURTH COUNTERCLAIM FOR RELIEF

30. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 29 above.

31. Rembrandt admits that an actual controversy exists between the parties regarding U.S. Patent 6,131,159.

32. Paragraphs 1-30 of Comcast's Answer do not require a response. Rembrandt denies all allegations contained in Comcast's Affirmative Defenses.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

## FIFTH COUNTERCLAIM FOR RELIEF

38. Rembrandt incorporates by reference its responses contained in Paragraphs 1 through 37 above.

39. Rembrandt admits that an actual controversy exists between the parties regarding U.S. Patent 6,950,444.

40. Paragraphs 1-30 of Comcast's Answer do not require a response. Rembrandt denies all allegations contained in Comcast's Affirmative Defenses.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

## JURY DEMAND

This paragraph does not require a response.

## PRAYER FOR RELIEF

Rembrandt denies that Comcast is entitled to any relief.

Dated: January 9, 2007.    **SUSMAN GODFREY L.L.P.**

By: /s/ Max L. Tribble, Jr.
    Max L. Tribble, Jr.
    State Bar No. 20213950
    Email: mtribble@susmangodfrey.com
    Susman Godfrey L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, TX 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

OF COUNSEL:

Edgar Sargent
WA State Bar No. 28283
Email: esargent@susmangodfrey.com
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Brooke A.M. Taylor
WA State Bar No. 33190
Email: btaylor@susmangodfrey.com
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Tibor L. Nagy
TX Bar 24041562
Email: tnagy@susmangodfrey.com
Susman Godfrey L.L.P.
590 Madison Ave., 8th Floor
New York, NY 10022
Main Telephone: (212) 336-8330
Main Fax: (212) 336-8340

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 9th day of January, 2007, via email and in accordance with the FRCP:

Jennifer Haltom Doan
jdoan@haltomdoan.com
HALTOM AND DOAN LLP
6500 North Summerhill Road
Crown Executive Center, Suite 1 A
Texarkana, TX 75505

Brian L. Ferrall
blf@kvn.com
Leo Lam
Mathew Werdegar
Eric MacMichael
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
    ***Attorneys for Comcast Corporation,***
    ***Comcast Cable Communications, LLC and***
    ***Comcast of Plano, LP***

                                                                  /s/ Max L. Tribble, Jr.
                                                                  Max L. Tribble, Jr.

Case 2:07-cv-00045-TCM-CE Document 517 Filed 06/28/2007 Page 6 of 6