OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 3, 2007

TO: Counsel of Record (See attached)

RE: <u>IN RE REMBRANDT TECHNOLOGIES LP PATENT LITIGATION
07 MDL 1848 GMS</u>

Dear Counsel:

  This is to advise you that a certified copy of the Multi-District Transfer Order was docketed in this court on 7/3/07.

  The following action have been transferred to the District of Delaware:

<u>Rembrant Technologies, LP vs Comcast Corporation et al 2:06 cv 506</u>
USDC Delaware's civil action number 07 cv 403 GMS

  The name and address of the Judge to whom this case has been assigned in this court is:

    The Honorable Gregory M. Sleet   .
    United States District Chief Judge
    District of Delaware
    844 N. King St., Lockbox 19
    Wilmington, DE 19801

  Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the
bar of this Court, will register for ECF on a case-by-case basis.  Enclosed with this letter is a Registration Form.  An original signed registration form should be submitted to the Clerk's Office to request an ECF account.  After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

  Additionally, a copy of the District of Delaware's Local Rules is available on our website at: <u>www.ded.uscourts.gov.</u>

  Any questions concerning the case management of this case should be directed to:

Marie McDavid
Case Manager to Judge Gregory M. Sleet
(302) 573-6651

Thank you.

                              Sincerely,
                              PETER T. DALLEO, CLERK


                              __/s/_____
                              Dorothy A. Blansfield
                              Deputy Clerk

cc:     Honorable Gregory M. Sleet
        Counsel on Attached Mailing List for 07cv403 GMS



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC FILING REGISTRATION FORM**

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES
WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by–case basis. Please submit an original signed registration form to the Clerk's Office to request an ECF account. Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

**(Please Print or Type all information)**

MDL CAPTION:                                                          DIST. OF DE
IN RE: _____                MDL CA #_____

PARTY(IES)
RESPRESENTED:_____

_____

DELAWARE CASE(S) CA #_____

_____

Internet E-Mail Address:_____ (Print clearly)

Last Name:_____ Generation: (e.g., Jr., Sr.) _____

First Name:_____ Middle Initial:_____

Firm's Name: _____

Address:_____

City: _____ State: _____ Zip Code: _____

Phone No.: _____    Do you have a PACER Account (required)?    ❏ Yes  ❏ No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____   _____
                    Signature                                                              Date

| Submit completed registration form to: | **COURT USE ONLY**:  (ECF MDL Atty. Reg. Form - Rev. 2/06) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170  Web site: www.ded.uscourts.gov | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____PASSWORD:_____<br><br>DATE ISSUED: _____ BY:_____<br><br>E-MAIL NOTICE SENT: _____ BY:_____ |

# Mailing Information for a Case 1:07-cv-00403-GMS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer Haltom Doan**
  jdoan@haltomdoan.com

- **Karen Jacobs Louden**
  kjlefiling@mnat.com

- **Mitchell G. Stockwell**
  mstockwell@kilpatrickstockton.com

- **Max Lalon Tribble Jr.**
  mtribble@susmangodfrey.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 1:07-md-01848-GMS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin M. Baird**
  kbaird@wcsr.com,eliga@wcsr.com,klytle@wcsr.com

- **Steven J. Balick**
  sbalick@ashby-geddes.com,tlydon@ashby-geddes.com,lmaguire@ashby-geddes.com,rgamory@ashby-geddes.com,nlopez@ashby-geddes.com,mkipp@ashby-geddes.com,jday@ashby-geddes.com,dfioravanti@ashby-geddes.com

- **Samuel Franklin Baxter**
  sbaxter@mckoolsmith.com

- **Jack B. Blumenfeld**
  jbbefiling@mnat.com

- **Richard H. Brown**
  rbrown@daypitney.com

- **Frederick L. Cottrell , III**
  cottrell@rlf.com,garvey@rlf.com

- **Jennifer Haltom Doan**
  jdoan@haltomdoan.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com,nmcmenamin@potteranderson.com,iplitigation2@potteranderson.c

- **Michael Edwin Jones**
  mikejones@potterminton.com

- **Richard D. Kirk**
  bankserve@bayardfirm.com,rkirk@bayardfirm.com

- **Josh A. Krevitt**
  jkrevitt@gibsondunn.com

- **Karen Jacobs Louden**
  kjlefiling@mnat.com

- **William W. Oxley**
  woxley@orrick.com

- **Robert M Parker**
  rmparker@pbatyler.com

         Case 1:07-cv-00403-GMS     Document 54-6     Filed 07/03/2007     Page 2 of 2

- **Jeremy S. Pitcock**
  jpitcock@kasowitz.com

- **Edward R. Reines**
  edward.reines@weil.com

- **Daniel Reisner**
  dreisner@kayescholer.com

- **Rodger Dallery Smith , II**
  rdsefiling@mnat.com

- **Mitchell G. Stockwell**
  mstockwell@kilpatrickstockton.com

- **Max Lalon Tribble Jr.**
  mtribble@susmangodfrey.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Robert W. Faulkner
8401 North Central Expressway
Dallas, TX 75225

Jeffery N. Luthi
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

Bradford P. Lyerla
Marshall Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606

Brooke A.M. Taylor
Susman Godfrey LLP
1201 Third Avenue
Suite 3800
Seattle, WA 98101

Steven K. Taylor
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
```