IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.                                                                ) | C. A. No. 07-403 (GMS) |
| ) | |
| COMCAST CABLE COMMUNICATIONS ) | |
| LLC, COMCAST CORP., and COMCAST OF ) | |
| PLANO, LP                                                   ) | |
| ) | |
| Defendants.           ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Karen Jacobs Louden of the law firm of Morris, Nichols, Arsht & Tunnell LLP for defendants Comcast Cable Communications LLC, Comcast Corp., and Comcast of Plano, LP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com
 *Attorneys for defendants Comcast Cable
 Communications LLC, Comcast Corp., and
 Comcast of Plano, LP*

OF COUNSEL:

Robert A. Van Nest
Brian L. Ferrall
Daralyn J. Durie
Leo L. Lam
Mathew M. Werdegar
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
(415) 391-5400

July 5, 2007
914162

## CERTIFICATE OF SERVICE

I, Karen Jacobs Louden, hereby certify that on July 5, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

>James Michael Lennon
>Womble Carlyle Sandridge & Rice, PLLC

I further certify that copies were caused to be served on July 5, 2007, upon the following individuals in the manner indicated:

### BY HAND

>James Michael Lennon
>Womble Carlyle Sandridge & Rice, PLLC
>222 Delaware Avenue, Suite 1500
>Wilmington, DE 19801

*Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com